Michael A. Goldstein     SBN 183555
GOLDSTEIN LAW GROUP
1645 Vine Street, Suite 809
Los Angeles, California 90028
Telephone:  323-461-2000
Facsimile:   323-446-7372
mg@goldsteinlawgroup.com

Hagop Kuyumjian     SBN 259995
THE KUYUMJIAN FIRM, APC
515 S. Flower Street, Suite 1900
Los Angeles, California 90071
Telephone:  213-785-3207
Facsimile:   213-236-3781
hk@tkflaw.com

Attorneys for Plaintiff/Petitioner
KAIS MOHAMMAD

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAIS MOHAMMAD,<br><br>Defendant. | Case No. 8:20-CR-00088-JLS<br><br>**DEFENDANT'S *EX PARTE* APPLICATION TO EXTEND SURRENDER DATE; DECLARATION OF MICHAEL GOLDSTEIN** |

**TO** TRACY L. WILKISON, ACTING UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA; BRANDON FOX, ASSISTANT UNITED STATES ATTORNEY, CHIEF, CRIMINAL DIVISION; AND IAN YANNIELLO, ASSISTANT UNITED STATES ATTORNEY:

**TO** THE CLERK OF THE COURT:

---

DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT;
DECLARATION OF MICHAEL A. GOLDSTEIN

Defendant Kais Mohammad ("Defendant"), by and through counsel, hereby applies to the Court for an Order extending his surrender date for 14 days. Defendant's present surrender date is September 7, 2021.

DATED: September 2, 2021                    GOLDSTEIN LAW GROUP

                                                               /s/
                                      MICHAEL A. GOLDSTEIN
                                      Attorney for Defendant
                                      KAIS MOHAMMAD

                                      THE KUYUMJIAN FIRM, APC

                                                               /s/
                                      HAGOP KUYUMJIAN
                                      Attorney for Defendant
                                      KAIS MOHAMMAD

DEFENDANT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT;
DECLARATION OF MICHAEL GOLDSTEIN

## DECLARATION OF MICHAEL GOLDSTEIN

I, Michael Goldstein, declare:

1. I hereby declare the following and certify that the same is true of my own personal knowledge, except as those matters which are herein stated upon information and belief and as to those matters I believe them to be true, and I further declare that I could and would competently testify to such matters if called upon to so testify in Court.

2. I am one of the attorneys of record for Defendant Kais Mohammad ("Mr. Mohammad").

3. Mr. Mohammad is requesting a 14-day extension on his surrender date.

4. The Government has been notified about this application and has no objection to extending Mr. Mohammad's surrender date for 14 days.

I declare under penalty of perjury of the laws of the United States that the forgoing is true and correct to the best of my knowledge and belief. Executed on September 2, 2021 in Los Angeles County, California.

/s/
MICHAEL GOLDSTEIN