

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

To:     Chief Deputy/Fiscal

**Re:**    Verification of Surrender to Bureau of Prisons or Report to United States Probation

Case Number:  __8:20−cr−00088−JLS__
Defendant's Name:  __Kais Mohammad__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on __09/07/2021__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :** __3/2/2022__, **it was verified the defendant:**

__has surrendered to the Bureau of Prisons__.

**Verified via Bureau of Prisons website.**

__March 2, 2022__                                By  _____/s/ *Jenny Lam*_____
Date                                                                  Deputy Clerk

CR−86 (11/08)                    VERIFICATION OF SURRENDER