PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A.   VS.   Kais Mohammad                                   Docket No.: 8:20-CR-00088-JLS

**Petition on Probation and Supervised Release (Modification)**

    COMES NOW NATASHA ALEXANDER-MINGO , CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Kais Mohammad</u> who was placed on supervision by the Honorable <u>JOSEPHINE L. STANTON</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>28th</u> day of <u>May</u>, <u>2021</u> who fixed the period of supervision at <u>two years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    In response to Kais Mohammad's request to relocate from the Central District of California to the Eastern District of California (ED/CA), on April 5, 2022, the USPO in the ED/CA requested Mr. Mohammad's supervision conditions be modified to include a search condition. The purpose of this request is to ensure Mr. Mohammad is monitored appropriately in the ED/CA.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Kais Mohammad, as a special condition of supervision, shall submit to a search, at any time, with or without warrant, and by any law enforcement or probation officer, of the offender's person and any property, house, residence, vehicle, papers, computers, cell phones, other electronic communication or data storage devices or media, email accounts, social media accounts, cloud storage accounts, effects and other areas under the offender's control, upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the offender, or by any probation officer in the lawful discharge of the officer's supervision functions.

|  |  |
|---|---|
| ORDER OF COURT | Respectfully, |
| Considered and ordered this __21st__ day of __April__, 2022 and ordered filed and made a part of the records in the above case. | /S/ AVA AUSTIN<br>Supervising U.S. Probation & Pretrial Services Officer<br>Place:   Inglewood, California |
| _____/s/ JOSEPHINE L. STATON_____<br>United States District Judge<br>HONORABLE JOSEPHINE L. STANTON | Approved: /S/ TANISHA MCNEAL<br>Supervising U.S. Probation & Pretrial Services Officer<br>Date:   April 20, 2022 |